UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
CARRION, JULIO C.

Case No.: 19-24520-ABA  
Chapter: 7  
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on October 22, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 329 KEASBEY STREET, SALEM, NJ<br>(FMV: $34,705.00) |
|---|---|

| Liens on property: | $62,099.46 - DITECH FINANCIAL LLC<br>$1,059.00 - CITY OF SALEM |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:        Andrew Sklar, Chapter 7 Trustee

Address:     1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 19-24520-ABA
Julio C. Carrion                                                  Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Sep 18, 2019
                              Form ID: pdf905          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.
```
db          +Julio C. Carrion,   54 Vine 1st floor,    Bridgeton, NJ 08302-2519
518372907   +Chase Bank,   PO Box 15153,   Wilmington, DE 19886-5153
518372908    City Of Salem,   Market Street,   Tax Ofice,   Salem, NJ 08079
518372909    Client Services,   P.O. Box 1503,   St Peters, MO 63373-0027
518372910   +Credit Acceptance,   PO Box 513,   Southfield, MI 48037-0513
518372913    Glorenzo Realty LLC,   107 NE Ave,   Vineland, NJ 08360
518372915    Inspira Health,   P.O. Box 48274,   Newark, NJ 07101-8474
518372916   +JPMCB Card Services,   PO BOX 15369,   Wilmington, DE 19850-5369
518372918   +KML Law Group, PC,   216 Haddon Ave, Ste 406,   Collingswood, NJ 08108-2812
518372919    Lab Corp,   PO Box 2240,   Burlington, NC 27216-2240
518372920   +Melanie Carrion,   51 Monroe Street,   Bridgeton, NJ 08302-1326
518372921    Mercedes Carrion,   51Monroe treet,   Bridgeton, NJ 08302
518372923   +Paychex,   721 E. Madison, Suite 200,   Villa Park, IL 60181-3082
518372924    Pressler & Pressler, LLP,   7 Entin Rd,   Parsippany NJ, NJ 07054-5020
518372925    Regional Diagnostic Imaging,   2527 Cranberry Hwy,   Wareham, MA 02571-1046
518372926   +Unifund,   10625 Techwoods Circle,   Cincinnati, OH 45242-2846
518372927   +Wells Fargo Dealer Service,   P.O. Box 1697,   Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 19 2019 00:44:22   U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 19 2019 00:44:21   United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
518372906   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2019 00:52:37
              Capital One Bank Usa Na,   PO Box 30281,   Salt Lake City, UT 84130-0281
518372911   +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 19 2019 00:44:53   Credit collection,
              725 Canton St.,   Norwood, MA 02062-2679
518372912    E-mail/Text: bankruptcy.bnc@ditech.com Sep 19 2019 00:43:51   Ditech Financial LLC,
              PO Box 6172,   Rapid City, SD 57709-6172
518372914    E-mail/Text: jkatsios@gsicollections.com Sep 19 2019 00:43:52   GSI Recovery,   Po Box 127,
              Nutkey, NJ 07110-0127
518372917   +E-mail/Text: key_bankruptcy_ebnc@keybank.com Sep 19 2019 00:44:30   Key Bank,
              4910 Tiedeman Road,   Brooklyn, OH 44144-2338
518372922   +E-mail/Text: bankruptcydpt@mcmcg.com Sep 19 2019 00:44:20   Midland Funding,
              8875 Aero Dr, Ste 200,   San Diego, CA 92123-2255
                                                                                              TOTAL: 8
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
```
          Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
          Seymour    Wasserstrum    on behalf of Debtor Julio C. Carrion mylawyer7@aol.com,   ecf@seymourlaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 3
```