**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Julio C. Carrion | Social Security number or ITIN   xxx–xx–0188 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–24520–ABA | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Julio C. Carrion

<u>11/22/19</u>

**By the court:** <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-24520-ABA
Julio C. Carrion                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 2              Date Rcvd: Nov 22, 2019
                                Form ID: 318             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
db          +Julio C. Carrion,    54 Vine 1st floor,    Bridgeton, NJ 08302-2519
cr          +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh, NC 27605-1000
518372908    City Of Salem,    Market Street,    Tax Ofice,    Salem, NJ 08079
518372909    Client Services,    P.O. Box 1503,    St Peters, MO 63373-0027
518372910   +Credit Acceptance,    PO Box 513,    Southfield, MI 48037-0513
518372913    Glorenzo Realty LLC,    107 NE Ave,    Vineland, NJ 08360
518372915    Inspira Health,    P.O. Box 48274,    Newark, NJ 07101-8474
518372918   +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
518372919    Lab Corp,    PO Box 2240,    Burlington, NC 27216-2240
518372920   +Melanie Carrion,    51 Monroe Street,    Bridgeton, NJ 08302-1326
518372921    Mercedes Carrion,    51Monroe treet,    Bridgeton, NJ 08302
518372923   +Paychex,    721 E. Madison, Suite 200,    Villa Park, IL 60181-3082
518372924    Pressler & Pressler, LLP,    7 Entin Rd,    Parsippany NJ, NJ 07054-5020
518372925    Regional Diagnostic Imaging,    2527 Cranberry Hwy,    Wareham, MA 02571-1046
518372926   +Unifund,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 23 2019 01:26:21    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 23 2019 01:26:18    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr          +E-mail/Text: key_bankruptcy_ebnc@keybank.com Nov 23 2019 01:26:33    KeyBank, NA,
              4910 Tiedeman Road,    Brooklyn, OH 44144-2338
518372906   +EDI: CAPITALONE.COM Nov 23 2019 05:48:00    Capital One Bank Usa Na,    PO Box 30281,
              Salt Lake City, UT 84130-0281
518372907   +EDI: CHASE.COM Nov 23 2019 05:48:00    Chase Bank,    PO Box 15153,    Wilmington, DE 19886-5153
518372911   +EDI: CCS.COM Nov 23 2019 05:48:00    Credit collection,    725 Canton St.,
              Norwood, MA 02062-2679
518372912    E-mail/Text: bankruptcy.bnc@ditech.com Nov 23 2019 01:26:01    Ditech Financial LLC,
              PO Box 6172,    Rapid City, SD 57709-6172
518372914    E-mail/Text: jkatsios@gsicollections.com Nov 23 2019 01:26:01    GSI Recovery,    Po Box 127,
              Nutkey, NJ 07110-0127
518372916   +EDI: CHASE.COM Nov 23 2019 05:48:00    JPMCB Card Services,    PO BOX 15369,
              Wilmington, DE 19850-5369
518372917   +E-mail/Text: key_bankruptcy_ebnc@keybank.com Nov 23 2019 01:26:33    Key Bank,
              4910 Tiedeman Road,    Brooklyn, OH 44144-2338
518372922   +EDI: MID8.COM Nov 23 2019 05:48:00    Midland Funding,    8875 Aero Dr, Ste 200,
              San Diego, CA 92123-2255
518372927   +EDI: WFFC.COM Nov 23 2019 05:48:00    Wells Fargo Dealer Service,    P.O. Box 1697,
              Winterville, NC 28590-1697
                                                                                               TOTAL: 12

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                              Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Nov 22, 2019
                              Form ID: 318             Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Seymour   Wasserstrum    on behalf of Debtor Julio C. Carrion mylawyer7@aol.com,   ecf@seymourlaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                         TOTAL: 5

Case 19-24520-ABA    Doc 19    Filed 11/24/19    Entered 11/25/19 00:43:28    Desc Imaged
Certificate of Notice    Page 4 of 4